Dismissed and Memorandum Opinion filed March 18, 2004









Dismissed and Memorandum Opinion filed March 18, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01445-CV

____________

 

DOUGLAS ARTHUR LONGRON,
Appellant

 

V.

 

MELLON MORTGAGE COMPANY and CHASE
MANHATTAN MORTGAGE COMPANY, Appellees

 



 

On Appeal from the 334th District
Court

Harris County, Texas

Trial Court Cause No.
02-62278

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed November 24,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On February 5, 2004, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

On February 20, 2004, appellees filed a motion to dismiss and
motion for sanctions.  Appellees claim
the appeal should be dismissed because the notice of appeal was not timely
filed, and appellant has not paid for the clerk=s record or the appellate filing
fee.  Appellees also seek sanctions for a
frivolous appeal.  We grant the motion to
dismiss.  We decline to assess
sanctions.   

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 18, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.